IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRELLE A. TULLIS,

    Plaintiff,

v.                            CASE NO. 4:19cv225-RH-HTC

MARK S. INCH et al.,

    Defendants.

_____/

ORDER DISMISSING ALL OFFICIAL-CAPACITY
CLAIMS AND ALL CLAIMS AGAINST
DEFENDANTS INCH AND THURSDAY

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The claims against the defendants Mark S. Inch and Tracy Thursbay are dismissed.

3. The claims against all other defendants in their official capacities are dismissed.

4. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

5. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on September 29, 2019.

<u>s/Robert L. Hinkle</u>
United States District Judge