IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRELLE A. TULLIS,

    Plaintiff,

v.                                      CASE NO. 4:19-cv-225-RH/HTC

CARRY STONER,
GREGORY DYKES, and
DORIAN NORTH,

    Defendants.

_____/

### DISCUSSION DRAFT: VERDICT FORM

    WE THE JURY unanimously return the following verdict:

1. Was Mr. Tullis subjected to excessive force on September 11, 2016?

                YES _____                NO _____

*If your answer to question 1 is no, please skip the remaining questions. If your answer to question 1 is yes, please answer questions 1(a), 1(b), 1(c), and 2.*

1(a). Was Mr. Stoner responsible for the excessive force?

      YES _____    NO _____

1(b). Was Mr. Dykes responsible for the excessive force?

      YES _____    NO _____

1(c). Was Mr. North responsible for the excessive force?

      YES _____    NO _____

2. Did the excessive force cause a substantial physical injury to Mr. Tullis?

      YES _____    NO _____

*If your answer to question 2 is no, please skip question 3 and go to question 4. If your answer to question 2 is yes, please answer question 3.*

3. What amount of compensatory damages, if any, do you award Mr. Tullis?

             _____

4. Did Mr. Stoner act with malice or with reckless indifference to Mr. Tullis's right not to be subjected to excessive force ?

                YES _____      NO _____

*If your answer to question 4 is no, please skip question 4(a). If your answer to question 4 is yes, please answer question 4a.*

    4(a). What amount of punitive damages, if any, do you award against Mr. Stoner?

                _____

5. Did Mr. Dykes act with malice or with reckless indifference to Mr. Tullis's right not to be subjected to excessive force ?

                YES _____      NO _____

*If your answer to question 5 is no, please skip question 5(a).  If your answer to question 5 is yes, please answer question 5(a).*

    5(a). What amount of punitive damages, if any, do you award against Mr. Dykes?

                _____

*Case No: 4:19cv225*

6. Did Mr. North act with malice or with reckless indifference to Mr. Tullis's right not to be subjected to excessive force ?

          YES _____          NO _____

*If your answer to question 6 is no, please skip question 6(a). If your answer to question 6 is yes, please answer question 6(a).*

    6(a). What amount of punitive damages, if any, do you award against Mr. North?

          _____

*If your answer to question 2 is no, or your answer to question 3 is zero, please answer question 7.*

7. What amount of nominal damages, if any, do you award Mr. Tullis?

          _____

SO SAY WE ALL on August \_\_\_\_, 2022.

          _____
          Foreperson