# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

TERRELLE A. TULLIS,

    Plaintiff,

v.

CASE NO. 4:19-cv-225-RH/HTC

CARY STONER,
GREGORY DYKES, and
DORIAN NORTH,

    Defendants.

_____/

## VERDICT

WE THE JURY unanimously return the following verdict:

1. Was Mr. Tullis subjected to excessive force on September 11, 2016?

    YES ✓        NO _____

*If your answer to question 1 is no, please skip the remaining questions. If your answer to question 1 is yes, please answer questions 1(a), 1(b), 1(c), and 2.*

FILED IN OPEN COURT ON
8/25/22 cm
United States District Court
Northern District of Florida

1(a). Was Mr. Stoner responsible for the excessive force?

      YES ✓        NO _____

1(b). Was Mr. Dykes responsible for the excessive force?

      YES _____        NO ✓

1(c). Was Mr. North responsible for the excessive force?

      YES _____        NO ✓

2. Did the excessive force cause a substantial physical injury to Mr. Tullis?

      YES ✓        NO _____

*If your answer to question 2 is no, please skip question 3 and go to question 4. If your answer to question 2 is yes, please answer question 3.*

3. What amount of compensatory damages, if any, do you award Mr. Tullis?

      $ 200,000

4. Did Mr. Stoner act with malice or with reckless indifference to Mr. Tullis's right not to be subjected to excessive force ?

            YES _____            NO   ✓

*If your answer to question 4 is no, please skip question 4(a). If your answer to question 4 is yes, please answer question 4a.*

    4(a). What amount of punitive damages, if any, do you award against Mr. Stoner?

            _____

5. Did Mr. Dykes act with malice or with reckless indifference to Mr. Tullis's right not to be subjected to excessive force ?

            YES _____            NO   ✓

*If your answer to question 5 is no, please skip question 5(a). If your answer to question 5 is yes, please answer question 5(a).*

    5(a). What amount of punitive damages, if any, do you award against Mr. Dykes?

            _____

*Case No: 4:19cv225*

6. Did Mr. North act with malice or with reckless indifference to Mr. Tullis's right not to be subjected to excessive force?

        YES _____        NO ✓

*If your answer to question 6 is no, please skip question 6(a). If your answer to question 6 is yes, please answer question 6(a).*

    6(a). What amount of punitive damages, if any, do you award against Mr. North?

    _____

*If your answer to question 2 is no, or your answer to question 3 is zero, please answer question 7.*

7. What amount of nominal damages, if any, do you award Mr. Tullis?

    _____

SO SAY WE ALL on August 25, 2022.

    _____
    Foreperson

*Case No: 4:19cv225*