UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERRELLE A. TULLIS,

    Plaintiff,

v.                                                CASE NO. 4:19cv225-RH/HTC

CARY STONER, GREGORY DYKES,
DORIAN NORTH, KIMBERLIN PELT,
AMANDA GATES,

    Defendants.

_____/

**JUDGMENT**

The plaintiff asserted claims against 12 defendants. This judgment is entered on all claims among all parties.

It is adjudged that the plaintiff Terrelle A. Tullis recover Two Hundred Thousand Dollars ($200,000.00) from the defendant Cary Stoner as compensatory damages as awarded by the jury, with post-judgment interest as provided by law.

Judgment on the merits is entered that Mr. Tullis take nothing from three defendants—the Secretary of the Department of Corrections in his official capacity, Tracy Thursbay, and Earl Knobel—based on the ruling at initial screening that Mr. Tullis failed to state a claim against them on which relief could be granted.

Judgment on the merits is entered that Mr. Tullis take nothing from three defendants—Matthew Wilson, Coy Knox, and Bryan Davis—based on the summary judgment entered in their favor.

Judgment on the merits is entered that Mr. Tullis take nothing from two defendants—Kimberlin Pelt and Amanda Gates (formerly known as Amanda Yon)—based on the motion for judgment as a matter of law that was granted at the close of the plaintiff's case during the jury trial.

Judgment on the merits is entered that Mr. Tullis take nothing from two defendants—Gregory Dykes and Dorian North—based on the jury's verdict.

The claims against Kevin Hart are dismissed without prejudice for failure to serve process.

                                                  JESSICA J. LYUBLANOVITS
CLERK OF COURT

September 9, 2022                    *s/ Cindy Markley*
                                                  Deputy Clerk: Cindy Markley